62

(No. 73-CC-320—Claimant 

RAY J. HAGIST, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed August 27, 1973.*

RAY J. HAGIST, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-459—Claimant 

COUNTY OF COOK, AND COOK COUNTY DEPARTMENT OF PUBLIC AID, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 27, 1973.*

BERNARD CAREY, Cook County State's Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.